**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 01, 2023

Ms. Tasha C. Blakney

Ms. Shelley Suzanne Breeding

Mr. Jimmy George Carter Jr.

Ms. Emily Grace Harrell

Mr. Robert Haskins

Ms. Avery C. Lovingfoss

Mr. Wesley Edward Shipe

Re: Case No. 23-5218, *Knox Trailers, Inc., et al v. Jeff Clark, et al*
Originating Case No. 3:20-cv-00137

Dear Counsel:

The electronic transcript order is to be filed by August 15, 2023.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021